Nos. 25-1049, 25-1272

**UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

———————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

OCCIDENTAL CHEMICAL CORP.,

*Intervenor-Appellant,*

NOKIA OF AMERICA CORP.,

*Intervenor-Appellant,*

v.

ALDEN LEEDS INC., *et al.*,

*Defendants-Appellees.*

———————

On Appeal from the United States District Court for the
District of New Jersey

———————

**JOINT/UNOPPOSED MOTION FOR SECOND EXTENSION
OF TIME TO FILE OPENING BRIEFS**

———————

| | |
|---|---|
| MICHAEL D. LICHTENSTEIN  *Counsel of Record* | PAUL D. CLEMENT  *Counsel of Record* |
| MARK S. HEINZELMANN | ERIN E. MURPHY |
| THOMAS E. MESEVAGE | C. HARKER RHODES IV |
| ZACHARY L. BERLINER | JOSEPH J. DEMOTT |
| LOWENSTEIN SANDLER LLP | CLEMENT & MURPHY, PLLC |
| One Lowenstein Drive | 706 Duke Street |
| Roseland, NJ 07068 | Alexandria, VA 22314 |
| (973) 597-2500 | (202) 742-8900 |
| mlichtenstein@lowenstein.com | paul.clement@clementmurphy.com |
| *Counsel for Nokia of America Corp.* | *Counsel for Occidental Chemical Corp.* |

May 23, 2025

## INTRODUCTION

This Court has consolidated the above-captioned appeals for purposes of scheduling, a single joint appendix, and disposition. Dkt.5, No. 25-1272. Nokia of America Corp. ("Nokia"), which is the appellant in No. 25-1049, and Occidental Chemical Corp. ("OxyChem"), which is the appellant in No. 25-1272, respectfully request that the time for filing their respective opening briefs and the joint appendix, currently June 5, 2025, be extended 32 days, to and including Monday, July 7, 2025. *See* Fed. R. App. P. 26(b); Cir. R. 31.4. This motion is Nokia's and OxyChem's second extension request for their respective opening briefs and the joint appendix, and is timely filed at least three days before the current deadline.

Appellants' counsel has corresponded with appellees' counsel and hereby certifies that the United States of America; Alliance Chemical, Inc.; DiLorenzo Properties Co.; Elan Chemical Co., Inc.; E.M. Sergeant Pulp & Chemical Co.; Kao USA Inc.; Lear Mexican Seating Corp.; Newark Morning Ledger Co.; Palin Enterprises, LLC; Teval Corp.; Three County Volkswagen; Alden Leeds Inc.; Curtiss-Wright Corp.; Darling Ingredients Inc.; Westrock Southern Container LLC; Spectraserv, Inc.; Fiske Brothers Refining Company; Messer, LLC; the Passaic Valley Sewerage Commissioners; the Sherwin Williams Company; and the 56 other appellees that call themselves the "Small Parties Group," *see* Dkt.24 at 2-3, No. 25-1049, do not oppose this extension request.

## ARGUMENT

Good cause exists for the requested extension because counsel for OxyChem has been and will be required to devote attention to several time-sensitive briefing and argument obligations in other matters during the timeframe of the current deadline. The obligations listed below were not foreseeable at the time the first request for an extension was made and would interfere with the preparation of OxyChem's opening brief by June 5, 2025:

- Preparation of a complaint and motion for preliminary injunction in a new matter challenging two state laws that were enacted in late April. OxyChem's counsel was retained for that matter after the first extension request in this case was submitted, and intends to file suit in that matter in early June.

- Preparation of an emergency motion for bail pending appeal in *United States v. Menendez (Daibes)*, Nos. 25-296(L), 25-302 (2d Cir.). The order requiring emergency relief issued on April 25, 2025, and the emergency motion was filed on May 2, 2025.

- Preparation of a reply in support of the emergency motion for bail pending appeal in *United States v. Menendez (Daibes)*, Nos. 25-296(L), 25-302 (2d Cir.), which was filed on May 9, 2025.

- Presentation of oral argument on the emergency motion for bail pending appeal in *United States v. Menendez (Daibes)*, Nos. 25-296(L), 25-302 (2d Cir.), which was held on May 13, 2025.

- Preparation of the opening brief in *Media Matters for Am. v. X Corp.*, No. 25-2463 (9th Cir.). OxyChem's counsel entered an appearance in that matter on May 8, 2025, and filed the opening brief on May 14, 2025.

- Preparation of a brief in opposition to a motion to alter the judgment in *NetChoice, LLC v. Griffin*, No. 5:23-cv-5105 (W.D. Ark.). The motion was filed on April 28, 2025, and the opposition is due on or before June 2, 2025.

- Preparation of a Rule 72(a) appeal of a magistrate judge's decision in *LSP Transmission Holdings II, LLC v. Huston*, No. 1:24-cv-1722 (S.D. Ind.). The decision issued on April 30, 2025, and the appeal was filed on May 14, 2025.

- Preparation of a brief in opposition to a motion to dismiss in *Harris v. City of Los Angeles*, 5:24-cv-2679 (C.D. Cal.). The motion was filed on May 14, 2025, and the opposition is due on or before June 13, 2025.

In addition, OxyChem's counsel has the following previously scheduled commitments between now and the current due date of the brief:

- Preparation of a brief in opposition to certiorari in *Havana Docks Corp. v. Royal Caribbean Cruises, Ltd.*, No. 24-983 (U.S.), due on or before May 23, 2025.

- Preparation of a response brief in *Beckwith v. Frey*, No. 25-1160 (1st Cir.), due on or before May 28, 2025.

- Preparation of a reply in support of motion for preliminary injunction in *National Shooting Sports Foundation v. Brown*, No. 25-cv-1115 (D. Md.), due on or before May 28, 2025.

- Preparation of a reply in support of motion for preliminary injunction in *NetChoice v. Bonta*, No. 25-cv-3178 (N.D. Cal.), due on or before May 29, 2025.

- Preparation of a reply in support of motion for preliminary injunction in *National Shooting Sports Foundation v. Platkin*, No. 22-cv-06646 (D.N.J.), due on or before May 30, 2025.

- Preparation of a reply brief in *Ciminelli v. United States*, No. 24-958 (U.S.), due on or before June 3, 2025.

- Preparation of the response brief in *Outsourcing Facilities Ass'n v. U.S. FDA*, No. 25-10385 (5th Cir.), due on or before June 4, 2025.

In light of these obligations, the requested extension is amply warranted. Moreover, extending both Nokia's deadline and OxyChem's deadline will keep these related appeals on the same timeline, consistent with this Court's order consolidating the two appeals "for purposes of scheduling." Dkt.5, No. 25-1272. Both OxyChem and Nokia believe that this is the most efficient way to schedule the briefing in these consolidated appeals.

## CONCLUSION

For the foregoing reasons, this Court should grant Appellants' unopposed motion for a 32-day extension, to and including Monday, July 7, 2025, for the filing of their opening briefs.

Respectfully submitted,

| | |
|---|---|
| s/Michael D. Lichtenstein | s/Paul D. Clement |
| MICHAEL D. LICHTENSTEIN | PAUL D. CLEMENT |
| *Counsel of Record* | *Counsel of Record* |
| MARK S. HEINZELMANN | ERIN E. MURPHY |
| THOMAS E. MESEVAGE | C. HARKER RHODES IV |
| ZACHARY L. BERLINER | JOSEPH J. DEMOTT |
| LOWENSTEIN SANDLER LLP | CLEMENT & MURPHY, PLLC |
| One Lowenstein Drive | 706 Duke Street |
| Roseland, NJ 07068 | Alexandria, VA 22314 |
| (973) 597-2500 | (202) 742-8900 |
| mlichtenstein@lowenstein.com | paul.clement@clementmurphy.com |
| *Counsel for Nokia of America Corp.* | *Counsel for Occidental Chemical Corp.* |

May 23, 2025

# CERTIFICATE OF COMPLIANCE
# WITH TYPE-VOLUME LIMITATION

1. This motion complies with the length limits of Federal Rule of Appellate Procedure 27(d)(2)(a) because it contains 881 words.

2. This motion complies with the typeface and typestyle requirements of Circuit Rule 32.1(c) because the motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

| | |
|---|---|
| s/Michael D. Lichtenstein<br>Michael D. Lichtenstein | s/Paul D. Clement<br>Paul D. Clement |

May 23, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

| | |
|---|---|
| s/Michael D. Lichtenstein<br>Michael D. Lichtenstein | s/Paul D. Clement<br>Paul D. Clement |

May 23, 2025