

**Michael D. Lichtenstein**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

T: 973.597.2408
F: 973.597.2409
E: mlichtenstein@lowenstein.com

July 7, 2025

**VIA CM/ECF**

Patricia S. Dodszuweit
Clerk of the Court
United States Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106

> Re:   *United States of America vs. Alden Leeds, Inc., et al.*
> **Case Nos. 25-1049 & 25-1272**

Dear Ms. Dodszuweit:

We represent Intervenor-Appellant Nokia of America Corporation ("Nokia") in the above-captioned consolidated matters. *See* No. 25-1049, Dkt. 60.

The deadline for filing opening briefs is today, July 7, 2025. No. 25-1049, Dkt. 100. On July 3, 2025, Appellee the United States filed a motion for a 60-day abeyance and stay of the briefing deadlines, No. 25-1049, Dkt. 103, that remains pending. The case manager for these matters, Laurie, informed us on a phone call today that as the United States's motion was timely filed, Nokia need not file its opening brief while the motion remains pending.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ Michael D Lichtenstein*
Michael D. Lichtenstein

cc:   All Counsel of Record (*via CM/ECF*)