UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-124

Nos. 25-1049 & 25-1272

UNITED STATES OF AMERICA

v.

ALDEN LEEDS, INC.; ALLIANCE CHEMICAL, INC.; ARKEMA INC.; ASHLAND INC.; ATLANTIC RICHFIELD COMPANY; ATLAS REFINERY, INC.; BASF CORPORATION; BASF CATALYSTS LLC; BENJAMIN MOORE & CO.; CANNING GUMM, LLC; CNA HOLDINGS LLC / CELANESE LTD.; CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY; COATS & CLARK, INC.; CONGOLEUM CORPORATION; COOPER INDUSTRIES, LLC; COVANTA ESSEX COMPANY; CRODA INC.; CURTISS-WRIGHT CORPORATION; DARLING INGREDIENTS INC.; DII INDUSTRIES, LLC; DILORENZO PROPERTIES COMPANY; ELAN CHEMICAL CO., INC.; EM SERGEANT PULP & CHEMICAL COMPANY; ENPRO HOLDINGS, INC.; ENPRO INC.; EPEC POLYMERS, INC.; ESSEX CHEMICAL CORPORATION; FISKE BROTHERS REFINING CO.; FLEXON INDUSTRIES CORP.; FRANKLIN-BURLINGTON PLASTICS, INC.; GARFIELD MOLDING COMPANY, INC.; GENERAL ELECTRIC COMPANY; GIVAUDAN FRAGRANCES CORPORATION; GOODRICH CORPORATION; HARRISON SUPPLY COMPANY; HEXCEL CORPORATION; HOFFMANN-LA ROCHE INC.; HONEYWELL INTERNATIONAL INC.; ISP CHEMICALS LLC; KAO USA INC.; L3 HARRIS TECHNOLOGIES, INC.; LEAR MEXICAN SEATING CORPORATION; LEEMILTS PETROLEUM, INC.; LEGACY VULCAN, LLC; MALLINCKRODT LLC; MESSER LLC; NATIONAL-STANDARD, LLC; NEU HOLDINGS U.S. CORPORATION; EDEN WOOD CORPORATION; NEWARK MORNING LEDGER CO.; NEWELL BRANDS INC.; NOVELIS CORPORATION; THE OKONITE COMPANY, INC.; OTIS ELEVATOR COMPANY; PABST BREWING COMPANY, LLC; PALIN ENTERPRISES L.L.C.; PASSAIC PIONEER PROPERTIES CO.; PFIZER INC.; PITT-CONSOL CHEMICAL COMPANY; EIDP, Inc.; PARAMOUNT GLOBAL; PPG INDUSTRIES, INC.; PRIMARY PRODUCTS INGREDIENTS AMERICAS LLC; PURDUE PHARMA TECHNOLOGIES, INC.; NAPPWOOD LAND CORPORATION; QUALITY CARRIERS, INC.; QUALA SYSTEMS, INC.; REVERE SMELTING AND REFINING CORPORATION; ROYCE ASSOCIATES, A LIMITED PARTNERSHIP; RTC PROPERTIES, INC.; S&A REALTY CORP.; SAFETY-KLEEN ENVIROSYSTEMS COMPANY; MCKESSON CORPORATION; SCHIFFENHAUS PACKAGING CORP.;WESTROCK COMPANY, WESTROCK-SOUTHERN CONTAINER, LLC; CHROMALLOY CORPORATION; SPECTRASERV, INC.; STANLEY BLACK & DECKER, INC.; STWB INC.; SUN CHEMICAL CORPORATION; TEVA PHARMACEUTICALS USA, INC.;

TEVAL CORPORATION; TFCF AMERICA, INC.; TEXTRON, INC.; THE HARTZ CONSUMER GROUP, INC.; THE NEWARK GROUP, INC.; THREE COUNTY VOLKSWAGEN; TIFFANY AND COMPANY; WYETH LLC


PHARMACIA LLC; NOKIA OF AMERICA CORPORATION; OCCIDENTAL CHEMICAL CORPORATION; PASSAIC VALLEY SEWAGE COMMISSIONERS; THE SHERWIN WILLIAMS COMPANY
(Intervenors in D.C.)

Nokia of America Corporation,
Appellant in 25-1049

Occidental Chemical Corporation,
Appellant in 25-1272

(D.N.J. No. 2:22-cv-07326)

Present: FREEMAN, <u>Circuit Judge</u>

1. Motion filed by Appellee USA for a 60-day abeyance and stay of the briefing deadlines;

2. Response filed by The Small Parties Group Appellees;

3. Reply by Appellee USA.

                                                                                  Respectfully,
                                                                                  Clerk/lmr

_____ORDER_____
The foregoing motion is denied as presented. Appellants shall file their opening briefs on or before July 28, 2025.

                                                                                  By the Court,

                                                                                 <u>s/Arianna J. Freeman</u>
                                                                                 Circuit Judge

Dated: July 9, 2025
Lmr/cc: All Counsel of Record