Nos. 25-1049, 25-1272

**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

United States of America,

*Plaintiff-Appellee*,

v.

Occidental Chemical Corporation,

*Intervenor-Appellant*.

Nokia of America Corporation,

*Intervenor-Appellant*,

v.

Alden Leeds Inc., et al.,

*Defendants-Appellees*.

On Appeal from the U.S. District Court for the District of New Jersey

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

| | |
|---|---|
| Kathy D. Patrick | Paul D. Clement |
| Ann T. Lebeck | Erin E. Murphy |
| Nick J. Beachy | C. Harker Rhodes IV |
| GIBBS & BRUNS, LLP | Joseph J. DeMott |
| 1100 Louisiana Street, Suite 5300 | Philip Hammersley* |
| Houston, TX 77002 | CLEMENT & MURPHY, PLLC |
| (713) 751-5253 | 706 Duke Street |
| kpatrick@gibbsbruns.com | Alexandria, VA 22314 |
| | (202) 742-8900 |
| *(additional counsel* | paul.clement@clementmurphy.com |
| *on inside cover)* | |

*Supervised by principals of the firm who are members of the Virginia bar

*Counsel for Appellant Environmental Resources Holdings LLC, formerly Occidental Chemical Corporation*

October 23, 2025

JOHN J. MCDERMOTT
LAUREN KROHN WILD
MCDERMOTT WILD LLC
900 Haddon Avenue, Suite 233
Collingswood, NJ 08018
(856) 746-7962
jmcdermott@mcdermottwild.com

LARRY SILVER
LANGSAM STEVENS SILVER &
   HOLLAENDER LLP
1818 Market St., Suite 2430
Philadelphia, Pennsylvania 19103
 (215) 732-3255
lsilver@lssh-law.com

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1(a) and Circuit Rule 26.1, undersigned counsel respectfully submits this updated corporate disclosure statement for the appellant in case number 25-1272 ("Appellant"), formerly known as Occidental Chemical Corporation.  As of September 30, 2025, Occidental Chemical Corporation completed an internal corporate reorganization.  As a result, Appellant is now known as Environmental Resource Holdings LLC.  While Appellant does not believe a motion to amend the case caption is required, it stands ready to file such a motion if the Court directs it to do so.

Undersigned counsel hereby certifies that the ultimate parent corporation of Environmental Resources Holdings LLC is Occidental Petroleum Corporation, a Delaware corporation.  Berkshire Hathaway Inc. indirectly owns 10% or more of the issued and outstanding shares of common stock of Occidental Petroleum Corporation.  No other publicly traded company owns more than 10% of the common stock of Occidental Petroleum Corporation.

Respectfully submitted,

s/Paul D. Clement

KATHY D. PATRICK
ANN T. LEBECK
NICK J. BEACHY
GIBBS & BRUNS, LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5253
kpatrick@gibbsbruns.com


JOHN J. MCDERMOTT
LAUREN KROHN WILD
MCDERMOTT WILD LLC
900 Haddon Avenue, Suite 233
Collingswood, NJ 08018
(856) 746-7962
jmcdermott@mcdermottwild.com

PAUL D. CLEMENT
  *Counsel of Record*
ERIN E. MURPHY
C. HARKER RHODES IV
JOSEPH J. DEMOTT
PHILIP HAMMERSLEY*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Supervised by principals of the firm who
are members of the Virginia bar


LARRY SILVER
LANGSAM STEVENS SILVER &
  HOLLAENDER LLP
1818 Market St., Suite 2430
Philadelphia, Pennsylvania 19103
(215) 732-3255
lsilver@lssh-law.com

*Counsel for Appellant Environmental Resources Holdings LLC, formerly
Occidental Chemical Corporation*

October 23, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>s/Paul D. Clement</u>
Paul D. Clement